**Exhibit A to the Complaint**

**Location:** Jenison, MI  **IP Address:** 76.236.6.44
**Total Works Infringed:** 28  **ISP:** AT&T U-verse

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 3A8F5DDE96360B6473920F8C1F87FFE982D094FD | Vixen | 10/21/2018 21:59:22 | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 2 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | Blacked | 09/02/2018 23:54:44 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 3 | 056C78DF7A658DDF50A2394F5E4FA18BCF095426 | Blacked | 11/04/2018 16:14:38 | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 4 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | Blacked | 09/28/2018 01:34:01 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 5 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/23/2018 18:55:09 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 6 | 158258B1A19235075D5BC7E77F3979BEFC8EABAC | Vixen | 09/28/2018 01:48:06 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 7 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | Blacked Raw | 07/08/2018 12:35:02 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 8 | 1ED7894C730F91D284F9451A87ECDC8F5187BF50 | Blacked Raw | 05/13/2018 11:40:24 | 05/12/2018 | 05/24/2018 | PA0002101380 |
| 9 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 08/12/2018 11:30:52 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 10 | 303AA83349BCEE7961EA7089C245D7431040E54A | Blacked Raw | 09/01/2018 17:00:32 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 11 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 07/27/2018 17:31:44 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 12 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | Blacked Raw | 07/08/2018 14:15:31 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 13 | 6460534667C9B87F796BC4851C96677D2FC64AF9 | Blacked | 09/01/2018 17:20:48 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 14 | 700F4A5C7A687529F98F39387053CA47E39D0548 | Blacked | 07/08/2018 12:58:55 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 15 | 7EFCFD91225A41938303C1D60DB2583BC4A5AFF6 | Blacked | 07/16/2018 16:28:04 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 16 | 8FFED2A7F7AA77020D249E7A6311C6D5A7D97547 | Vixen | 09/23/2018 13:19:19 | 09/21/2018 | 11/01/2018 | 17093751804 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | B1175F1372648DE81684C06975EBCC841609C237 | Blacked | 10/06/2018 12:52:42 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 18 | B44F69874AA27719B45841F0F734F08CBFFE9091 | Blacked | 05/13/2018 12:19:41 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 19 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | Blacked Raw | 07/16/2018 16:25:25 | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 20 | CD12CA1C8135E4492E97A2FB3A42F0F3C735DF6C | Blacked Raw | 05/24/2018 20:32:18 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 21 | D4B313C5EE736A3C9E40BFF41E1E03EDE4B2CEE4 | Blacked Raw | 04/08/2018 14:08:41 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 22 | D7D96219F75CB298E2C1029F953017860E5C1004 | Blacked | 07/08/2018 14:07:20 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 23 | D8D7AA43D1F211B5C0E6AB6C3FA34FB34CB16036 | Blacked Raw | 07/08/2018 13:16:30 | 06/21/2018 | 07/26/2018 | PA0002112156 |
| 24 | D9F517D083F2110C3E6B76139EB6EE73B561C9CC | Tushy | 02/26/2018 21:22:21 | 02/25/2018 | 03/01/2018 | PA0002079188 |
| 25 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 04/06/2018 19:19:18 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 26 | ECEC874C21239A30F35D90C14D825619A4E8486A | Blacked Raw | 08/24/2018 17:26:03 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 27 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/07/2018 17:50:24 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 28 | FF2B2FBA75B81F1CF9BEDF65C1291E750F461B19 | Blacked | 05/21/2018 17:49:23 | 05/20/2018 | 07/14/2018 | PA0002128469 |